**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| COOKWARE SUSTAINABILITY ALLIANCE, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 0:25-cv-00041 |
| v. | ) ) | |
| KATRINA KESSLER, in her official capacity as Commissioner of the MINNESOTA POLLUTION CONTROL AGENCY (MPCA), | ) ) ) ) ) | |
| Defendant, | ) | |

**PLAINTIFF COOKWARE SUSTAINABILITY ALLIANCE'S RULE 7.1**
**CORPORATE DISCLOSURE STATEMENT**

Plaintiff Cookware Sustainability Alliance, makes the following disclosures pursuant

to Federal Rule of Civil Procedure 7.1:

1.  Does Plaintiff Cookware Sustainability Alliance have a parent corporation and/or wholly owned subsidiary?

    Yes ☐          No ■

    If yes, the parent corporation and/or wholly owned subsidiary is/are:

2.  Is 10% or more of the stock of Cookware Sustainability Alliance owned by a publicly held corporation?

    Yes ☐          No ■

    If yes, identify all such owners: _____.

LEGAL\74826917\2

**COZEN O'CONNOR**

Dated: January 6, 2025

*/s/ Cassandra M. Jacobsen*
Cassandra M. Jacobsen (#0400120)
cjacobsen@cozen.com
33 South 6th Street, Suite 3800
Minneapolis, MN 55402
(612) 260-9000 | Telephone
(612) 260-9080 | Facsimile

Stephen Miller (PA 308590)
(*pro hac* forthcoming)
samiller@cozen.com
Andrew Linz (PA 324808)
(*pro hac* forthcoming)
alinz@cozen.com
1650 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 665-2000 | Telephone
(215) 665-2013 | Facsimile

*Attorneys for Plaintiff Cookware Sustainability Alliance*

LEGAL\74826917\2