UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Cookware Sustainability Alliance, | Case File No. 25-CV-0041-JRT/DST |
| Plaintiff, | |
| vs. | |
| Katrina Kessler, Commissioner, Minnesota Pollution Control Agency, in her official capacity, | **NOTICE OF APPEARANCE** |
| Defendant. | |

TO:  Plaintiff Cookware Sustainability Alliance, by and through its counsel of record Cassandra M. Jacobsen, Stephen Miller, and Andrew Linz, Cozen O'Connor, 33 South 6th Street, Suite 3800, Minneapolis, MN 55402.

PLEASE TAKE NOTICE that Oliver J. Larson and Emily B. Anderson, Assistant Attorneys General, enter their appearances as counsel for Defendant Katrina Kessler, Commissioner, Minnesota Pollution Control Agency, in the above captioned matter. All pleadings, orders, notices, and other documents should be directed to the attorneys at the address below.

Dated: January 7, 2024.

KEITH ELLISON
Attorney General
State of Minnesota

*s/ Emily B. Anderson*
EMILY B. ANDERSON
Assistant Attorney General
Atty. Reg. No. 0399272
(651) 583-7395 (Voice)
Emily.Anderson@ag.state.mn.us

OLIVER J. LARSON
Assistant Attorney General
Atty. Reg. No. 0392946
(651) 757-1265 (Voice)
Oliver.Larson@ag.state.mn.us

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2131
(651) 282-5832 (Fax)

ATTORNEYS FOR DEFENDANT
KATRINA KESSLER, COMMISSIONER,
MINNESOTA POLLUTION CONTROL
AGENCY

#5954468-v1