UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| COOKWARE SUSTAINABILITY ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>KATRINA KESSLER, in her official capacity as Commissioner of the MINNESOTA POLLUTION CONTROL AGENCY (MPCA),<br><br>Defendant, | Case No. 0:25-cv-00041 (JRT/DTS)<br><br>**PLAINTIFF'S NOTICE OF HEARING ON ITS MOTION FOR A PRELIMINARY INJUNCTION ENJOINING ENFORCEMENT OF CERTAIN PROVISIONS OF AMARA'S LAW** |

Please take notice that Plaintiff Cookware Sustainability Alliance's motion pursuant to Federal Rule of Civil Procedure 65 for an order granting a preliminary injunction to enjoin enforcement of Minn. Stat. § 116.943 will be heard at such a time and place as determined by the Court.

Dated: January 7, 2025                **COZEN O'CONNOR**

/s/ *Cassandra M. Jacobsen*
Cassandra M. Jacobsen (#0400120)
cjacobsen@cozen.com
33 South 6th Street, Suite 3800
Minneapolis, MN 55402
(612) 260-9000 | Telephone
(612) 260-9080 | Facsimile

Stephen Miller (PA 308590)
(*pro hac* forthcoming)
Andrew Linz (PA 324808)
(*pro hac* forthcoming)
1650 Market Street, Suite 2800
Philadelphia, PA  19103
(215) 665-2000 | Telephone
(215) 665-2013 | Facsimile