## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| COOKWARE SUSTAINABILITY ALLIANCE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KATRINA KESSLER, in her official capacity as Commissioner of the MINNESOTA POLLUTION CONTROL AGENCY (MPCA),<br><br>　　　　Defendant, | Case No. 0:25-cv-00041 (JRT/DTS)<br><br>**PLAINTIFF'S AMENDED NOTICE OF HEARING ON ITS MOTION FOR A PRELIMINARY INJUNCTION ENJOINING ENFORCEMENT OF CERTAIN PROVISIONS OF AMARA'S LAW** |

Please take notice that Plaintiff Cookware Sustainability Alliance's motion pursuant to Federal Rule of Civil Procedure 65 for an order granting a preliminary injunction to enjoin enforcement of Minn. Stat. § 116.943 will be heard before the Honorable John R. Tunheim, Diane E. Murphy United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, on February 21, 2025 at 10:00 a.m. in Courtroom 14E.

Dated: January 22, 2025　　　　　　　**COZEN O'CONNOR**

　　　　　　　　　　　　　　　　　　/s/ *Cassandra M. Jacobsen*
　　　　　　　　　　　　　　　　　　Cassandra M. Jacobsen (#0400120)
　　　　　　　　　　　　　　　　　　cjacobsen@cozen.com
　　　　　　　　　　　　　　　　　　33 South 6th Street, Suite 3800
　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　(612) 260-9000 | Telephone
　　　　　　　　　　　　　　　　　　(612) 260-9080 | Facsimile

　　　　　　　　　　　　　　　　　　and

Stephen Miller (PA 308590)
(*admitted pro hac vice*)
Andrew Linz (PA 324808)
(*admitted pro hac vice*)
1650 Market Street, Suite 2800
Philadelphia, PA  19103
(215) 665-2000 | Telephone
(215) 665-2013 | Facsimile