UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Cookware Sustainability Alliance, | Case File No. 25-CV-0041-JRT-DTS |
| Plaintiff, | |
| vs. | |
| Katrina Kessler, Commissioner, Minnesota Pollution Control Agency, in her official capacity, | **LOCAL RULE 7.1 WORD COUNT CERTIFICATION** |
| Defendant. | |

I, Emily Anderson, certify that Defendant's Response to Plaintiff's Motion for Preliminary Injunction complies with the limits in LR 7.1(f) and with the type-size limit of LR 7.1(h). The memorandum contains 6,513 words, as counted by Microsoft Word for Office 365, including all applicable text.

Dated: February 7, 2025.

KEITH ELLISON
Attorney General
State of Minnesota

By: /s/ Emily B. Anderson
Emily B. Anderson (#0399272)
Assistant Attorney General
(651) 583-7395
Emily.Anderson@ag.state.mn.us

Oliver J. Larson (#0392946)
Assistant Attorney General
(651) 757-1265
Oliver.Larson@ag.state.mn.us

445 Minnesota Street, Suite 600
St. Paul, MN 55101-2131
Fax: (651) 297-4139

**ATTORNEY FOR DEFENDANT KATRINA KESSLER, COMMISSIONER, MPCA**