# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Cookware Sustainability
Alliance,

                Plaintiff,

   vs.

Katrina Kessler, Commissioner,
Minnesota Pollution Control
Agency, in her official capacity,

                Defendant.

Case File No. 25-CV-0041-JRT-DTS

**DEFENDANT'S MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Katrina Kessler, Commissioner, Minnesota Pollution Control Agency, in her official capacity, moves to dismiss the complaint against her for failure to state a claim upon which relief may be granted.

The motion is based on all the files, records, and proceedings in this case, including the Commissioner's supporting memorandum of law.

*[SIGNATURE ON FOLLOWING PAGE]*

Dated:  March 10, 2025

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

/s/ Emily B. Anderson
EMILY B. ANDERSON (#0399272)
Assistant Attorney General
(651) 583-7395
emily.anderson@ag.state.mn.us

Oliver J. Larson (#0392946)
Assistant Attorney General
(651) 757-1265
oliver.larson@ag.state.mn.us

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 297-4139 (Fax)

ATTORNEY FOR DEFENDANT
KATRINA KESSLER, COMMISSIONER,
MPCA