UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Cookware Sustainability Alliance,<br><br>Plaintiff,<br><br>vs.<br><br>Katrina Kessler, Commissioner, Minnesota Pollution Control Agency, in her official capacity,<br><br>Defendant. | Case File No. 25-CV-0041-JRT-DTS<br><br>**NOTICE OF HEARING ON DEFENDANT'S MOTION TO DISMISS THE COMPLAINT** |

**PLEASE TAKE NOTICE** that Defendant Katrina Kessler, Commissioner, Minnesota Pollution Control Agency's (sued in her official capacity) Motion to Dismiss the Complaint will be heard at a time and date to be determined by the Court.

*[SIGNATURE ON FOLLOWING PAGE]*

Dated: March 10, 2025

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

/s/ Emily B. Anderson
EMILY B. ANDERSON (#0399272)
Assistant Attorney General
(651) 583-7395
emily.anderson@ag.state.mn.us

Oliver J. Larson (#0392946)
Assistant Attorney General
(651) 757-1265
oliver.larson@ag.state.mn.us

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 297-4139 (Fax)

ATTORNEY FOR DEFENDANT
KATRINA KESSLER, COMMISSIONER,
MPCA