**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Cookware Sustainability Alliance, | Case File No. 25-CV-0041-JRT-DTS |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER ON DEFENDANT'S MOTION TO DISMISS THE COMPLAINT** |
| Katrina Kessler, Commissioner, Minnesota Pollution Control Agency, in her official capacity, | |
| Defendant. | |

The above-captioned matter was submitted to this Court upon the Motion to Dismiss filed on behalf of Defendant Katrina Kessler, Commissioner of the Minnesota Pollution Control Agency. (Doc. 27) Based upon all files, records, and proceedings herein, and for the reasons stated in its Opinion and Memoranda,

**IT IS HEREBY ORDERED:**

1. That Defendant's Motion to Dismiss is in all respects **GRANTED**;

2. Plaintiff's claims are **DISMISSED WITH PREJUDICE**; and

3. That judgment be entered upon the filing of this Order.

*[signature on following page]*

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: _____   _____
JOHN R. TUNHEIM
U.S. District Judge, District of Minnesota