UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Cookware Sustainability Alliance, | Case File No. 25-CV-0041-JRT-DTS |
| Plaintiff, | |
| vs. | |
| Katrina Kessler, Commissioner, Minnesota Pollution Control Agency, in her official capacity, | **DEFENDANT'S MEET AND CONFER STATEMENT REGARDING DEFENDANT'S MOTION TO DISMISS** |
| Defendant. | |

I hereby certify that:

1. I, Emily Anderson, counsel for Defendant Katrina Kessler, participated in a telephone conversation and follow up email conversation with Plaintiff's counsel regarding Plaintiff's willingness to dismiss the Complaint.

2. This conversation did not lead to a resolution of the entire motion, but did lead to agreement that Counts III-IV of the Complaint could be dismissed without prejudice.

3. Therefore, Counts I-II of this matter are properly before the Court on Defendant's Motion to Dismiss, and the parties agree that Counts III-IV of the Complaint may be dismissed without prejudice.

| | |
|---|---|
| Dated: March 31, 2025. | KEITH ELLISON<br>Attorney General<br>State of Minnesota<br><br>*/s/ Emily B. Anderson*<br>Emily B. Anderson (#0399272)<br>Assistant Attorney General<br>(651) 583-7395<br>Emily.Anderson@ag.state.mn.us<br><br>Oliver J. Larson (#0392946)<br>Assistant Attorney General<br>(651) 757-1265<br>Oliver.Larson@ag.state.mn.us<br><br>445 Minnesota Street, Suite 600<br>St. Paul, MN 55101-2131<br>Fax: (651) 297-4139<br><br>**ATTORNEY FOR DEFENDANT**<br>**KATRINA KESSLER**<br>**COMMISSIONER, MPCA** |