# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Cookware Sustainability Alliance | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 25-cv-00041-JRT-DTS |
| Katrina Kessler | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendant's Motion to Dismiss [Docket No. 27] is **GRANTED**.

2. The Complaint [Docket No. 1] is **DISMISSED** as follows:

    a. The dormant Commerce Clause claims [Counts 1, 2] are **DISMISSED WITH PREJUDICE**.

    b. The First Amendment [Count 3] and Supremacy Clause [Count 4] claims are **DISMISSED WITHOUT PREJUDICE**.

Date: 8/12/2025                                                                                           KATE M. FOGARTY, CLERK